IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00226-MR

| | |
|---|---|
| CYNTHIA GAYLE GREGORY, individually and as Executrix of the Estate of Raymond J. Savignac, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION and WELLS FARGO CLEARING SERVICES, LLC, <br><br> Defendants, <br><br> vs. <br><br> CYNTHIA GAYLE GREGORY, individually and as Executrix of the Estate of Raymond J. Savignac, CHARLOTTE JEANNINE SAVIGNAC, EDWARD BRIGGS SAVIGNAC, and CHARLOTTE M. SAVIGNAC, <br><br> Claimants in Interpleader. | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Wells Fargo Clearing Services, LLC's Consent Motion to Join Necessary Parties [Doc. 8].

Upon review of the Defendant's motion, and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant Wells Fargo Clearing Services, LLC's Consent Motion to Join Necessary Parties [Doc. 8] is **GRANTED**, and the Defendant is permitted to join Charlotte Jeannine Savignac, Charlotte McCabe Savignac, and Edward Briggs Savignac by serving each of these persons with a Summons accompanied by the Defendant's Counterclaim and Crossclaim in Interpleader.

**IT IS SO ORDERED.**

Signed: October 3, 2017

Martin Reidinger
United States District Judge