# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:17-cv-00226-MR

CYNTHIA GAYLE GREGORY, )
individually and as Executrix of )
the Estate of Raymond J. Savignac, )
)
        **Plaintiff,** )
)
  **vs.** )         **O R D E R**
)
WELLS FARGO BANK, NATIONAL )
ASSOCIATION and WELLS FARGO )
CLEARING SERVICES, LLC, )
)
        **Defendants,** )
)
  **vs.** )
)
CYNTHIA GAYLE GREGORY, )
individually and as Executrix of )
the Estate of Raymond J. Savignac, )
CHARLOTTE JEANNINE SAVIGNAC, )
EDWARD BRIGGS SAVIGNAC, and )
CHARLOTTE M. SAVIGNAC, )
)
        **Claimants in** )
        **Interpleader.** )
_____ )

**THIS MATTER** is before the Court on the Defendant Wells Fargo

Clearing Services, LLC's Motion Regarding Disputed Assets [Doc. 10].

The Defendant Wells Fargo Clearing Services, LLC ("WFCS") has filed

a Counterclaim and Crossclaim for Interpleader with respect to assets in a

brokerage account (Account No. XXXX-1548) ("the Account"), consisting of 30,500 shares of Computer Services Inc. ("CSVI") stock and $26,982.95 in cash (as of October 2, 2017). WFCS has grounds for interpleader in that the competing claims of the Plaintiff, Charlotte Jeannine Savignac, Charlotte McCabe Savignac, and Edward Briggs Savignac places WFCS at risk of being exposed to double or multiple liability.

WFCS now moves for an Order directing it to pay into the Court the amount of cash in the Account at issue in this action and to retain the CSVI stock pending further Order of the Court. Upon review of the motion, and for good cause shown, the Court concludes that WFCS should be ordered to retain and hold all of the assets currently in the Account. Accordingly, the motion will be granted in part and denied in part.

**IT IS, THEREFORE, ORDERED** that the Defendant Wells Fargo Clearing Services, LLC's Motion Regarding Disputed Assets [Doc. 10] is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1)     WFCS shall maintain a hold on all of the assets in the brokerage account at issue (Account No. XXXX-1548) and shall not purchase, sell, reinvest, pay, or transfer any such assets until otherwise instructed or ordered by the Court;

(2)   WFCS shall comply with further Orders from the Court regarding transfer, investment, purchase, sale, or payment of Account assets, including the transfer or payment of assets to one or more Claimants in Interpleader; and

(3)   Unless WFCS fails to comply with any such Order from the Court, WFCS shall not be liable for any market losses, decrease in value, or other damages arising from the Account's investment in CSVI stock or from WFCS's compliance with any Order or instructions from the Court relating to the Account's assets.

**IT IS SO ORDERED.**

Signed: October 5, 2017

Martin Reidinger
United States District Judge