THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00226-MR

| | |
|---|---|
| CYNTHIA GAYLE GREGORY, individually, and BRAD H. FERGUSON, as Administrator CTA of the Estate of Raymond J. Savignac, )<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION and WELLS FARGO CLEARING SERVICES, LLC,<br><br>Defendants,<br><br>vs.<br><br>CYNTHIA GAYLE GREGORY, individually, and BRAD H. FERGUSON, as Administrator CTA of the Estate of Raymond J. Savignac, CHARLOTTE JEANNINE SAVIGNAC, EDWARD BRIGGS SAVIGNAC, and CHARLOTTE M. SAVIGNAC,<br><br>Claimants in Interpleader. | **O R D E R** |

**THIS MATTER** is before the Court the Plaintiff's "Substitution of the

Plaintiff Cynthia Gayle Gregory as the Executrix of the Estate of Raymond J.

Savignac," which the Court construes as a motion for substitution of a party plaintiff. [Doc. 35]. The other parties to this action consent to the proposed substitution.

Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 35] is **ALLOWED**, and Brad H. Ferguson, as Administrator CTA of the Estate of Raymond J. Savignac, is hereby substituted as a party plaintiff in this action. The caption of this case is hereby amended accordingly.

**IT IS SO ORDERED**.

Signed: February 27, 2018

Martin Reidinger
United States District Judge