THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00226-MR

| | |
|---|---|
| CYNTHIA GAYLE GREGORY, individually, and BRAD H. FERGUSON, as Administrator CTA of the Estate of Raymond J. Savignac, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION and WELLS FARGO CLEARING SERVICES, LLC, )<br><br>Defendants, )<br><br>vs. )<br><br>CYNTHIA GAYLE GREGORY, individually, and BRAD H. FERGUSON, as Administrator CTA of the Estate of Raymond J. Savignac, CHARLOTTE JEANNINE SAVIGNAC, EDWARD BRIGGS SAVIGNAC, and CHARLOTTE M. SAVIGNAC, )<br><br>Claimants in Interpleader. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Consent Motion for Voluntary Dismissal. [Doc. 41]. The other parties to this action consent to the Plaintiffs' motion.

Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Motion for Voluntary Dismissal [Doc. 41] is **ALLOWED**, and all of the Plaintiffs' claims against Wells Fargo Clearing Services, LLC and Wells Fargo Bank, N.A. are hereby **DISMISSED**. Because Wells Fargo Clearing Services, LLC's Counterclaim and Crossclaim in Interpleader [Doc. 7] has not been resolved, Wells Fargo Clearing Services, LLC shall remain a party for the purpose of resolving such Counterclaim and Crossclaim in Interpleader, and it shall remain subject to the Court's Order on Wells Fargo Clearing Services, LLC's Motion Regarding Disputed Assets [Doc. 13]. Because there are no longer any pending claims by or against Wells Fargo Bank, N.A., such party is hereby **DISMISSED** from this action.

**IT IS SO ORDERED**.

Signed: March 13, 2018

Martin Reidinger
United States District Judge