IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00226-MR

| | |
|---|---|
| CYNTHIA GAYLE GREGORY, individually and BRAD H. FERGUSON, as Administrator CTA of the Estate of Raymond J. Savignac,<br><br>            Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION and WELLS FARGO CLEARING SERVICES, LLC,<br><br>            Defendants,<br><br>CYNTHIA GAYLE GREGORY, individually and BRAD H. FERGUSON, as Administrator CTA of the Estate of Raymond J. Savignac, CHARLOTTE JEANNINE SAVIGNAC, EDWARD BRIGGS SAVIGNAC, and CHARLOTTE M. SAVIGNAC,<br><br>            Claimants in Interpleader. | **O R D E R** |

**THIS MATTER** is before the Court on counsel's Motion to Withdraw as Counsel for Charlotte Jeannine Savignac, Edward Briggs Savignac, and Charlotte M. Savignac ("the Savignac Claimants") [Doc. 47].

Counsel moves to withdraw from further representation of the Savignac Claimants. For grounds, counsel state that the Savignac Claimants have failed to comply with the terms of the engagement of counsel and have not responded to multiple attempts at communication. [Id.].

The parties have been ordered to conduct mediation in this matter no later than August 1, 2018. [See Doc. 46]. In light of the impending mediation deadline, the Court will hold counsel's motion in abeyance pending the completion of mediation in this case.

**IT IS, THEREFORE, ORDERED** that counsel's Motion to Withdraw as Counsel for the Savignac Claimants [Doc. 47] is hereby **HELD IN ABEYANCE** pending the completion of mediation in this case.

**IT IS SO ORDERED.**

Signed: July 23, 2018

Martin Reidinger
United States District Judge