IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO: 1:17-cv-00226-MR

| | |
|---|---|
| CYNTHIA GAYLE GREGORY, individually, and BRAD H. FERGUSON, as Administrator CTA of the ESTATE OF RAYMOND J. SAVIGNAC,<br><br>    Plaintiffs,<br><br>vs.<br><br>WELLS FARGO CLEARING SERVICES, LLC,<br><br>    Defendant,<br><br>vs.<br><br>CYNTHIA GAYLE GREGORY, individually, and BRAD H. FERGUSON, as Administrator CTA of the ESTATE OF RAYMOND J. SAVIGNAC, CHARLOTTE JEANNINE SAVIGNAC, EDWARD BRIGGS SAVIGNAC, and CHARLOTTE M. SAVIGNAC,<br><br>    Claimants in Interpleader. | **O R D E R** |

**THIS MATTER** is before the Court on the Motion to Stay Proceedings by Charlotte Jeannine Savignac, Edward Briggs Savignac, and Charlotte M. Savignac, Claimants in Interpleader [Doc. 58].

For the reasons stated in the Claimants' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Claimants' Motion to Stay [Doc. 58] is **GRANTED**, and this action is hereby **STAYED** until further Order of the Court. The final pretrial conference scheduled for December 20, 2018, is hereby **CANCELED**.

**IT IS FURTHER ORDERED** that the parties shall file a status report with the Court every sixty (60) days until such time as the Motion for Relief from Judgment in Case 80-DR-000084 in the Circuit Court for the Thirteenth Judicial District in Hillsborough County, Florida, is resolved.

**IT IS SO ORDERED**.

Signed: December 17, 2018

Martin Reidinger
United States District Judge