# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO: 1:17-cv-00226-MR

| | |
|---|---|
| CYNTHIA GAYLE GREGORY, individually, and BRAD H. FERGUSON, as Administrator CTA of the ESTATE OF RAYMOND J. SAVIGNAC, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO CLEARING SERVICES, LLC, <br><br> Defendant, <br><br> vs. <br><br> CYNTHIA GAYLE GREGORY, individually, and BRAD H. FERGUSON, as Administrator CTA of the ESTATE OF RAYMOND J. SAVIGNAC, CHARLOTTE JEANNINE SAVIGNAC, EDWARD BRIGGS SAVIGNAC, and CHARLOTTE M. SAVIGNAC, <br><br> Claimants in Interpleader. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Motion for Relief from Stay. [Doc. 60]. The Claimants in Interpleader (hereinafter the "Savignac Claimants") oppose the Plaintiffs' Motion. [Doc. 63].

The Court stayed the present action and directed the parties to file ongoing status reports "until such time as the Motion for Relief from Judgment in Case 80-DR-000084 in the Circuit Court for the Thirteenth Judicial District in Hillsborough County, Florida, is resolved." [Doc. 59 at 2]. Upon review of the Plaintiffs' Motion and the Savignac Claimants' Response thereto, it appears that the Motion for Relief from Judgment remains pending in the Florida state court action. Accordingly, the Plaintiffs' request to lift the stay in this action is denied.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion for Relief from Stay [Doc. 60] is **DENIED**.

**IT IS SO ORDERED**.

Signed: January 11, 2019

Martin Reidinger
United States District Judge