# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO: 1:17-cv-00226-MR

| | |
|---|---|
| CYNTHIA GAYLE GREGORY, et al., )<br>　　　　Plaintiffs, )<br>　vs. )<br>WELLS FARGO CLEARING SERVICES, LLC, )<br>　　　　Defendant, )<br>　vs. )<br>CYNTHIA GAYLE GREGORY, et al., )<br>　　　　Claimants in Interpleader. ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Motion for Relief from Stay. [Doc. 67]. The Claimants in Interpleader do not oppose the Plaintiffs' Motion. [Doc. 68].

For the reasons stated in the Plaintiffs' Motion, the stay will be lifted and this case will be returned to the trial calendar.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion for Relief from Stay [Doc. 67] is **GRANTED**, and this matter is hereby scheduled for trial during the September 9, 2019 term.

**IT IS SO ORDERED**.

Signed: June 24, 2019

Martin Reidinger
United States District Judge