# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| CYNTHIA GAYLE GREGORY, individually, and BRAD H. FERGUSON, as Administrator CTA of the ESTATE OF RAYMOND J. SAVIGNAC, | ) ) ) ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:17-cv-00226-MR |
| vs. | ) ) | |
| WELLS FARGO CLEARING SERVICES, LLC, | ) ) ) | |
| Defendants, | ) ) | |
| CYNTHIA GAYLE GREGORY, individually, and BRAD H. FERGUSON, as administrator CTA of the ESTATE OF RAYMOND J. SAVIGNAC, CHARLOTTE JEANNINE SAVIGNAC, EDWARD BRIGGS SAVIGNAC, and CHARLOTTE M. SAVIGNAC, | ) ) ) ) ) ) ) ) ) ) | |
| Claimants in Interpleader. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 3, 2019 Order.

September 3, 2019

*Frank G. Johns*

Frank G. Johns, Clerk